612 A.2d 1336
IN THE MATTER OF GERALD WEINGART,
AN ATTORNEY AT LAW.

October 6, 1992.

## ORDER

The Disciplinary Review Board having recommended that GERALD WEINGART of WAYNE, who was admitted to the bar of this State in 1970, and who was thereafter suspended from the practice of law for a period of two years by Order of this Court dated January 21, 1992, eighteen months of said suspension being suspended, be restored to practice, and good cause appearing;

It is ORDERED that the petition for restoration to practice is granted, effective immediately.